# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

           Respondent

        v.

AARON JOHNSON,

           Petitioner

: No. 138 EAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal and "Petition for Remand to Court of Common Pleas for Determination of Grounds Raised Herein" are **DENIED**.